


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUN 04 2009

Civil Action No. 09-cv-00979-BNB

GREGORY C. LANGHAM
CLERK

C. ELIJAH HAKEEM MUHAMMAD, a.k.a. CHRISTOPHER MITCHELL,

Applicant,

v.

R. WILEY, ADMAX, Warden,

Respondent.

---

ORDER DISMISSING CASE

---

Applicant C. Elijah Hakeem Muhammad, a.k.a. Christopher Mitchell, is a federal prisoner in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX in Florence, Colorado. Applicant initiated this action by filing an Application for a Writ of Mandamus Pursuant to 28 U.S.C. § 1361. On April 29, 2009, Magistrate Judge Boyd N. Boland entered an order finding that the Application is deficient and directing Applicant to cure the deficiency.

On May 22, 2009, Applicant filed a Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1), Fed. R. Civ. P. The Court must construe the Notice liberally because Applicant is a ***pro se*** litigant. ***See Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1)(A) provides that "the [applicant] may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." No answer has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A) is

effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. ***See*** J. Moore, Moore's Federal Practice ¶ 41.02(2) (2[d] ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2[d] 501, 507 (10th Cir. 1968). The file, therefore, will be closed as of May 22, 2009, the date the Notice was filed with the Court. ***See Hyde Constr. Co.***, 388 F.2[d] at 507. Accordingly, it is

ORDERED that the Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) is effective as of May 22, 2009, the date Applicant filed the Notice in this action.

DATED at Denver, Colorado, this 3 day of June, 2009.

BY THE COURT:

[signature]

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01038-BNB

C. Elijah Hakeem Muhammad
aka Christopher Hijrah Mitchell
Reg. No. 02791-088
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/4/09.

GREGORY C. LANGHAM, CLERK

By: ______________________
Deputy Clerk